UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony E. Bell et al., | No. 2:24-cv-2473 KJM AC PS |
| Plaintiffs, | ORDER |
| v. | |
| SCF Investment Advisors, Inc., et al., | |
| Defendants. | |

Plaintiff proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

On October 17, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 5. Plaintiff has filed objections to the findings and recommendations. ECF No. 8.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 17, 2024, are **adopted in full**; and
2. The complaint (ECF No. 1) is **dismissed** without prejudice and the case is **closed** because the court lacks subject matter jurisdiction.

This resolves ECF No. 5.

IT IS SO ORDERED.

DATED: February 7, 2025.

UNITED STATES DISTRICT JUDGE